# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1564

ALEXSAM, INC.,

                                Plaintiff-Appellee,

v.

THE GAP, INC. AND DIRECT CONSUMER SERVICES, LLC,

                                Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas,
No. 2:13-CV-00004, Judge Michael H. Schneider.

## THE GAP, INC. AND DIRECT CONSUMER SERVICES, LLC's UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS PRINCIPAL BRIEF

                                        Alan M. Fisch
                                        *alan.fisch@fischllp.com*
                                        R. William Sigler
                                        *bill.sigler@fischllp.com*
                                        FISCH SIGLER LLP
                                        5335 Wisconsin Avenue NW
                                        Eighth Floor
                                        Washington, DC 20015
                                        Tel:  (202) 362-3500
                                        Fax: (202) 362-3501

                                        *Attorneys for Defendants-Appellants*
                                        *The Gap, Inc. and Direct Consumer*
                                        *Services, LLC.*

July 28, 2014

Defendants-Appellants The Gap, Inc. and Direct Consumer Services, LLC ("The Gap") respectfully submit this unopposed motion to extend the time to file their principal brief, and pursuant to Fed. R. App. P. 27 and Fed. Cir. R. 25, 26, and 27, show the Court as follows:

1. The Gap's current deadline for filing its principal brief is August 25, 2014.

2. Due to its counsel's participation in other matters, including a trial scheduled to begin on August 11, 2014 in in the Eastern District of Texas, The Gap requests an extension of 30 days, until September 24, 2014, to file its principal brief in this matter.

3. The Gap has not previously requested any extensions of time to file its principal brief.

4. Counsel for The Gap has consulted with counsel for Plaintiff-Appellee Alexsam, Inc. ("Alexsam") regarding the relief requested herein, and Alexsam does not oppose The Gap's motion for a 30-day extension to file its principal brief.

Based on the foregoing, The Gap respectfully requests that the Court enter an Order extending the deadline for The Gap to file its principal brief to September 24, 2014, without prejudice to its ability to seek additional extensions should circumstances arise that would justify such extensions.

A Declaration of Counsel is attached hereto as Exhibit 1.

Date: July 28, 2014				Respectfully submitted,

						/s/ R. William Sigler
						Alan M. Fisch
						*alan.fisch@fischllp.com*
						R. William Sigler
						*bill.sigler@fischllp.com*
						FISCH SIGLER LLP
						5335 Wisconsin Avenue NW
						Eighth Floor
						Washington, D.C.  20015
						Tel: (202) 362-3500
						Fax: (202) 362-3501

						*Attorneys for Defendants-Appellants The Gap, Inc. and Direct Consumer Services, LLC.*

# CERTIFICATE OF INTEREST

**1. The full name of every party or amicus represented by me is:**

The Gap, Inc. and Direct Consumer Services, LLC

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Not Applicable

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

Fisch Sigler LLP:  Alan M. Fisch; R. William Sigler; Jason F. Hoffman; Jeffrey Saltman; David Saunders; Peter Scoolidge; Silvia Jordan

Seibman, Burg, Phillips & Smith LLP: Michael Smith

July 28, 2014              /s/ R. William Sigler
                           R. William Sigler

## CERTIFICATE OF SERVICE

Counsel for Defendants-Appellants The Gap, Inc. and Direct Consumer Services, LLC certify the following:

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system. The document was also sent via electronic mail to:

Thomas Hart Watkins
Husch Blackwell LLP – Austin
111 Congress Ave
Suite 1400
Austin, TX 78701-4093
tom.watkins@huschblackwell.com


July 28, 2014                                    /s/ R. William Sigler
                                                 R. William Sigler