No. 14-1564, -1705

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ALEXSAM, INC.,

*Plaintiff-Cross-Appellant*,

v.

THE GAP, INC. AND DIRECT CONSUMER SERVICES, LLC,

*Defendants-Appellants*.

Appeal from the United States District Court for the Eastern District of Texas in Case No. 2:13-CV-0004, Judge Michael H. Schneider

THE GAP, INC. AND DIRECT CONSUMER SERVICES, LLC'S NOTICE OF ADDRESS CHANGE

Alan M. Fisch
R. William Sigler
Jeffrey M. Saltman
Jennifer Robinson
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

*Attorneys for Defendants-Appellants The Gap, Inc. and Direct Consumer Services, LLC*

David Saunders
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
(650) 362-8200

Peter Scoolidge
FISCH SIGLER LLP
432 Park Avenue South
Fourth Floor
New York, NY 10016
(212) 235-0440

May 12, 2015

The undersigned counsel representing Defendants-Appellants The Gap, Inc. and Direct Consumer Services, LLC in this case hereby provide notice of the change of their firm's Washington, DC address to:

> 5301 Wisconsin Avenue NW
> Fourth Floor
> Washington, DC 20015

Counsel respectfully request that the docket be updated to reflect this change.  All other contact information for the undersigned counsel is unchanged.

- 2 -

Dated: May 12, 2015    Respectfully submitted,

/s/ *R. William Sigler*
Alan M. Fisch
R. William Sigler
Jeffrey M. Saltman
Jennifer Robinson
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

Peter Scoolidge
FISCH SIGLER LLP
432 Park Avenue South
Fourth Floor
New York, NY 10016
(212) 235-0440

David Saunders
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
(650) 362-8200

*Attorneys for Defendants-Appellants The Gap, Inc. and Direct Consumer Services, LLC*

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellants The Gap, Inc. and Direct Consumer Services LLC certifies:

1.      The full name of every party or *amicus* represented by me is:

   The Gap, Inc. and Direct Consumer Services, LLC

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not Applicable

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties or *amicus* represented by me are:

   None

4.      The names of all law firms and partners or associates that appeared for the party or *amicus* now represented by me in the trial court or agency or are expected to appear in this court are:

   Fisch Sigler LLP: Alan M. Fisch, R. William Sigler, Jeffrey M. Saltman, David Saunders, Silvia Jordan, Peter Scoolidge, Jennifer Robinson and Jason F. Hoffman.

   Siebman, Burg, Phillips & Smith LLP: Michael Smith.


Date: May 12, 2015                    /s/ *R. William Sigler*
                                      R. William Sigler

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, I served electronic copies of the NOTICE OF ADDRESS CHANGE by electronic mail to counsel of record listed below:

Thomas H. Watkins
Husch Blackwell LLP – Austin
111 Congress Avenue
Suite 1400
Austin, TX 78701-4093
Direct: 512-703-5752
Fax: 514-479-1101
tom.watkins@huschblackwell.com

Philip D. Segrest, Jr.
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Direct: 312-655-1500
Fax: 312-655-1501
philip.segrest@huschblackwell.com

May 12, 2015                                    /s/ *R. William Sigler*
                                                R. William Sigler